# CRIMINAL CAUSE FOR PLEADING

USA - v- __EDOUARD__    Docket No.: __05CR400(SLT)__ DOCKET & FILE

Defendant: __Serge Edouard__

✓ present ___ not present **X** custody ___ bail

Def. Counsel: __Paul D. Petruzzi__

✓ present ___ not present ___ CJA **X** RET ___ LAS

AUSA: __Steven D'Alessandro__   Clerk/Deputy __S. Jackson__

Interpreter: Ginette Cesar   Language: Creole

Tape: **FTR#** / (10:31-11:05)   Reporter: _____

✓ Case Called
✓ Defendant's First Appearance
✓ Defendant: ✓ Sworn ✓ Arraigned ✓ Informed of Rights
___ Waiver of Indictment Executed for Defendant
___ Superceding Indictment/Information Filed
___ Bench Warrant Issued: _____
✓ Defendant Enters Guilty/Not Guilty Plea to Count(s) __One__ of the (Superceding) Indictment/Information
___ Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to Count(s) _____ of the (Superceding) Indictment/Information
✓ Court Finds Factual Basis for the Plea
✓ Sentencing Set for _6_/_4_/_08_ at _10:00 a.m._
___ Sentencing to be Set by Probation
___ Bail/Bond: ___ Set ___ Continued for Defendant ___ Continued in Custody
___ Case Adjourned to ___/___/___ at _____
✓ Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.
✓ Transcript Ordered for Judge Townes.
✓ Other: The defendant enters a plea of not guilty to counts 2