

**MACEY LAW**

March 7, 2019

<u>BY ECF</u>
Honorable Edward R. Korman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

      **Re:**    United States v. Serge Edouard
              <u>Criminal Docket No. 05-0400 (ERK)</u>

Dear Judge Korman:

I am writing on behalf of Defendant, Mr. Serge Edouard, to respectfully request additional time to reply to the Government's Response in Opposition to Defendant's Motion to Correct Sentence. ECF 30. Mr. Edouard filed his Motion to Correct Sentence on September 19, 2018. ECF 27. The Government was provided an extension to time and responded on March 4, 2019, one hundred and ninety-nine (199) days later. ECF 27.

Under Local Criminal Rule 49.1 (c), Mr. Edouard now has seven days to file a Reply. I respectfully request an additional sixty (60) to file a reply in this matter, making the reply due on or before May 10, 2019. I have contacted AUSA Virginia Nguyen and she has consented to the Defendant's request for additional time. This is the Defendant's fist request for an extension of time in this matter.

Respectfully, submitted,

By:    <u>/s/ David W. Macey</u>
      David W. Macey, Esq.
      Attorney for Defendant
      305-860-2562

Cc:    Clerk of Courts (by ECF)
       AUSA, Virginia Nguyen (by ECF)