SERGE Edouard
Reg No. 58048-004 Unit C1
North Lake Correctional Facility
P.O. Box 1500
Baldwin Michigan 49304

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 06 2020 ★
BROOKLYN OFFICE

Eastern district court of New york

United States of America   Case No. 1:05-cr-00400-SLT
vs                         Criminal Docket,
SERGE Edouard              Honor: N.O. 05-400-ERK
                           Edward R. Korman.

Notice of change Address
And I Requesting An update concerning My 782 motion. On January 14-2020 I Received A Letter From The Probation office, That A 2 level Reduction have Been Granted To Me. Until Now I don't Receive Any Respone. I Truly Sorry of The hand writting, Because of This hard Time From The "COROVID-19" We have Been on Super-MAX Lock-down, So many inmates have Been infected, And there is NO Acces To The Law-Library.

I only Pray The Honorable Judge Edward To Take All These in Consideration, Being incarcerated for over 15 years And The crisis That we Are going Through To Grant Me Mercy To Be deported Back To Haiti To My wife & kids.

"May God Protect you."

Dated: April 27-2020

Humbly Submitted
SERGE Edouard
Reg. No. 58048-004
North Lake correctional Facility
P.O. Box 1500
Baldwin Michigan 49304

Serge Edward #58048-004
North Lake Correctional Facility
P.O. Box 1500
Baldwin Michigan 49304

Office of The Clerk
Eastern district of N.Y.
U.S. Court House
225 Cadman Plaza East
Brooklyn N.Y. 11201