AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| UNITED STATES  )  <br>*Plaintiff*  )  <br>v.  )  <br>SERGE EDOUARD  )  <br>*Defendant*  )  | Case No. 05 CR 400 (ERK) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SERGE EDOUARD                                                                                                           .

Date:    05/21/2020

_____
*Attorney's signature*

MILDRED M WHALEN
*Printed name and bar number*

The Federal Defenders of New York, Inc.
1 Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
*Address*

mildred_whalen@fd.org
*E-mail address*

(718) 330-1290
*Telephone number*

_____
*FAX number*