1:05-cr 00400-ERK

USA vs

Edouard

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 26 2020 ★
BROOKLYN OFFICE

5-19-2020

For A Modification for An Amended Sentence To Be deported Back To Haiti, After I have Been Tested Positive for "Corvid-19" since May 8-2020 Still on observation in The Institution Infirmery, And Sunday May 17-2020 Someone died 2 doors from me, Please The Honor Allow Me To See wife & Kids Again.

Sincerly
Serge Edouard
58048-054
North Lake correctional
Facility
P.O. Box 1500
Baldwin MI 49304



Serge Edouard
58048-004
North Lake correctional Facility
P.O. Box 1500
Baldwin MI 49304

Office of The clerk
Eastern district of N.Y
U.S. Court-House
225 Cadman Plaza East
Brooklyn N.Y 1/201