# Government's Exhibit A



Secure Services™

May 11, 2020

Edouard, Serge
Register Number 58048-004
North Lake Correctional Facility
P.O. Box 1500
Baldwin, MI 49304
Unit F02-359L

North Lake
Correctional Facility
1805 West 32nd Street
Baldwin, Michigan 49304

TEL: 231-876-4900
Fax: 231-876-4300
www.geogroup.com

Dear Mr. Cuero-Rodriguez

You have requested a Compassionate Release/Reduction in Sentence (RIS), Pursuant Bureau of Prisons Program Statement 5050.50 dated January 17, 2019, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C §§ 3582 and 4205(g)</u>

A thorough review of your request to consider a Compassionate Release/Reduction in Sentence was conducted and a decision made based on the following:

1. You have not, at a minimum, identified the extraordinary or compelling circumstance to warrant consideration. (PS 5050.50, 1/17/19, sec 2.(1))
2. It appears the basis for your request falls under PS 5050.50 sec 2 Request based on Non-Medical Circumstances- Extraordinary or Compelling Circumstances
3. The nature and circumstance of the offense resulting in your incarceration identify a disregard for public safety and the community.
4. You currently have a detainer lodged against you by Immigration and Customs Enforcement (ICE) for investigation of possible deportation.
5. Your institutional adjustment has been average.
6. You have not provided a verifiable release plan.
7. You were sentenced to a term of 240 months reduced from 188 months, for which you have served 57.5% to date.

Decision:

After careful review of the above factors, your request for consideration of Compassionate Release/Reduction of Sentence is denied at this time.

You have the right to appeal this decision through the Administrative Remedy process should you disagree.

Sincerely,

D. Emerson, Facility Administrator
North Lake Correctional Facility