# Government's Exhibit B

# MEMORANDUM

**DATE:** May 14, 2020

**TO:** Edouard #58048-004

**FROM:** D, Emerson, Facility Administrator

**RE: HOME CONFINMENT REQUEST**

GeO
Secure Services™

The GEO Group, Inc.®
North Lake Correctional Facility
1805 W. 32nd St.
Baldwin, MI 49304

Tel: 231-876-4914
Fax: 231-876-4300
www.geogroup.com

---

A comprehensive review of your request for Home Confinement has been conducted with the following determination being made:

In response to your request for home confinement, you currently are classified with the public safety factor of "Deportable Alien." Application of the public safety factor Deportable Alien is required as indicated by Bureau of Prisons Program Statement 5100.08, Inmate Security Designation and Custody Classification dated September 4, 2019, Ch 5, pg 9 which states in part:

> *Deportable Alien:* A male or female inmate who is not a citizen of the United States. All long-term detainees will have this PSF applied. When applied, the inmate or the long-term detainee shall be housed in at least a Low security level institution. The PSF shall not be applied, or shall be removed when the U.S. Immigration and Customs Enforcement (ICE) or the Executive Office for Immigration Review (EOIR) have determined that deportation proceedings are unwarranted or there is a finding not to deport at the completion of deportation proceedings. The Institution Hearing Program CMA of NO IHP or IHP CMP ND will then be applied.
> Additionally, the PSF shall not be applied if the inmate has been naturalized as a United States Citizen.

Additionally, review of appropriateness for Community Corrections Center placement is first required as Home Confinement is a Community Corrections Program under Community Based Programs according to Bureau of Prisons Program Statement 7310.04, Community Corrections Center Utilization and Transfer Procedures, dated December 16, 1998, sec. 7.b.3, pp 3 which states in part:

> *The Bureau is involved in two Home Confinement programs: Home Confinement operates from the Bureau's own network of CCCs and the U.S. Probation Division program.*

You have been determined not to be appropriate for Community Corrections Placement (Residential Reentry Placement) and therefore Home Confinement, based on the Five (5) Factor Review as prescribed by the Second Chance Act 2007, Re-authorized by the First Step Act 2018 due to a determination of your immigration status has not been made by the Department of Homeland Security (DHS) – Immigration and Customs Enforcement (ICE) and detainment being requested by same department for investigation of possible deportation. Should a determination be made by ICE and the outcome received be in your favor to remain in the United States, a subsequent review of appropriateness for Community Corrections Placement shall be conducted.