| | |
|---|---|
| **From:** | Mildred Whalen |
| **To:** | Talia Magnas |
| **Subject:** | USA v. Serge Edouard, 04 CR 500 (ERK) |
| **Date:** | Wednesday, June 10, 2020 1:58:30 PM |

Hi Talia:  Deirdre vonDornum assigned me to represent Mr. Edouard when the Judge asked for Federal Defenders to be assigned for the re-sentencing.  I got the bounce yesterday that his original sentencing attorney, David Macey, had filed a sentencing submission on behalf of Mr. Edouard.  Mr. Macey called me shortly after I filed a notice of appearance in the case, saying he was thinking of doing it, but never committed it to it one way or the other.  He did tell me he was in communication with Mr. Edouard.

Now that Mr. Macey has filed a re-sentencing letter, and said that Mr. Edouard is willing to proceed to re-sentencing by written order, it doesn't seem like there is anything further for me to do.  Since Mr. Edouard was represented by Mr. Macey at his original re-sentencing, I think he is probably in the best position to proceed.

I just want to confirm with the Judge that it's ok if we withdraw and don't file anything, given Mr. Macey's submission.  If the Judge wants me to reach out to Mr. Edouard independently to confirm this, I am happy to do so.  I haven't spoken with Mr. Edouard yet.  I asked the prison for a legal call shortly after federal defenders was appointed, but they haven't responded and I haven't received a call from Mr. Macey.  I was going to ask the Court for an order compelling the call, but if the Judge is willing to have Mr. Macey represent Mr. Edouard, I don't see the need.

Best,

Millie Whalen