Case 1:05-cr-00400-ERK   Document 52   Filed 07/13/20   Page 1 of 5 PageID #: 217



# Edouard



**MG**

Mark Gjelaj
Fri 7/10/2020 6:00 PM
**To:** Edward Korman

| 048B6B45-BF70-4AF5-AC90-... | ATT00001.htm |
|---|---|
| 796 KB | 539 bytes |

2 attachments (797 KB)    Download all    Save all to OneDrive - Administrative Office of the U.S. Courts

Hi Judge,

As an initial matter, counsel seems to rely on a partial document (just one page) provided by his **client's brother.** Counsel (and his client's brother) seem to mistake "commitment date" as the day that the BOP is beginning to credit his custodial sentence.  Commitment date is typically the day that the BOP designates as the day he is committed to the institution, following the pronouncement of sentence.  I have attached the full four-page computation printout from Grand Prairie, the Computation and Designation Center of the BOP.  I have highlighted the germane parts.  On the last page, at the top, it indicates that the "computation purposes of his custodial time" began on 9/30/05.  Moreover, the second highlighted portion indicates that he also received "jail credit" from 4/12/05 to 9/29/05.  As I noted in my previous email, the BOP rightfully viewed his two cases (FL and NY) as related. Therefore, his custodial clock, as it were, began ticking on 4/12/05.  This is also what was conveyed to me previously on the phone by Grand Prairie.  I hope this helps.

Case 1:05-cr-00400-ERK   Document 52   Filed 07/13/20   Page 2 of 5 PageID #: 218

```
   DSCOI          *              PUBLIC INFORMATION              *      06-12-2020
PAGE 001          *                   INMATE DATA                *      10:00:44
                                    AS OF 06-12-2020


REGNO..: 58048-004 NAME: EDOUARD, SERGE


                     RESP OF: NLK
                     PHONE..: N/A                 FAX: N/A
                                                  RACE/SEX...: BLACK / MALE
                                                  AGE:  57
PROJ REL MT: GOOD CONDUCT TIME RELEASE            PAR ELIG DT: N/A
PROJ REL DT: 08-06-2027                           PAR HEAR DT: N/A
```

```
   G0002      MORE PAGES TO FOLLOW . . .
```

```
  DSCOI          *              PUBLIC INFORMATION              *     06-12-2020
PAGE 002          *                  INMATE DATA                *     10:00:44
                                AS OF 06-12-2020


REGNO..: 58048-004 NAME: EDOUARD, SERGE


                    RESP OF: NLK
                  PHONE..: N/A                FAX: N/A
HOME DETENTION ELIGIBILITY DATE: 02-06-2027

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-06-2027 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION............: FLORIDA, SOUTHERN DISTRICT
DOCKET NUMBER....................: 1:05CR20355-001-MOOR
JUDGE............................: MOORE
DATE SENTENCED/PROBATION IMPOSED: 09-30-2005
DATE COMMITTED...................: 11-15-2005
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO


                 FELONY ASSESS  MISDMNR ASSESS  FINES           COSTS
NON-COMMITTED.:  $1,100.00       $00.00          $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00




-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:   399     21:963 ATTEMPT & CONSPIRACY
OFF/CHG: 21:963 CONSPIRACY TO IMPORT 5KG OR MORE OF COC(CT1)
         18:1956(H) CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS(CT2)
         18:1957 ENGAGING IN MONETARY TRANSACTIONS IN PROPERTY DERIVED
         FROM AN UNLAWFUL ACTIVITY(CT3-11)

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.: LIFE
 TERM OF SUPERVISION.............:    10 YEARS
 NEW SENTENCE IMPOSED............:   240 MONTHS
 BASIS FOR CHANGE................: COURT ORDER MODIFYING SENTENCE
 DATE OF OFFENSE.................: 07-31-2004

----------------------CURRENT JUDGMENT/WARRANT NO: 030 -----------------------

COURT OF JURISDICTION...........: NEW YORK, EASTERN DISTRICT
DOCKET NUMBER...................: 05-CR-400-01 (SLT)
JUDGE...........................: TOWNES




    G0002       MORE PAGES TO FOLLOW . . .
```

```
   DSCOI          *              PUBLIC INFORMATION              *     06-12-2020
PAGE 003          *                  INMATE DATA                 *     10:00:44
                                   AS OF 06-12-2020


REGNO..: 58048-004 NAME: EDOUARD, SERGE


                   RESP OF: NLK
                   PHONE..: N/A              FAX: N/A
DATE SENTENCED/PROBATION IMPOSED: 02-09-2010
DATE COMMITTED...................: 04-01-2010
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO


                   FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.:  $100.00          $00.00          $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  399    21:963 ATTEMPT & CONSPIRACY
OFF/CHG: 21:963 CONSP. TO IMPORT 5KG OR MORE OF COCAINE (CT1)

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   262 MONTHS
 TERM OF SUPERVISION.............:     5 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CC/J/020
 DATE OF OFFENSE.................: 10-25-2000

------------------------CURRENT COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 04-07-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-07-2018 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010, 030 010




      G0002      MORE PAGES TO FOLLOW . . .
```

```
   DSCOI          *              PUBLIC INFORMATION             *      06-12-2020
PAGE 004 OF 004 *                  INMATE DATA                  *      10:00:44
                                AS OF 06-12-2020


REGNO..: 58048-004 NAME: EDOUARD, SERGE


                    RESP OF: NLK
                    PHONE..: N/A                FAX: N/A
DATE COMPUTATION BEGAN..........: 09-30-2005
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:    26 YEARS       2 MONTHS       9 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    26 YEARS       2 MONTHS       9 DAYS
AGGREGATED TERM OF SUPERVISION..:    10 YEARS
EARLIEST DATE OF OFFENSE........: 10-25-2000

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     04-12-2005     09-29-2005


TOTAL PRIOR CREDIT TIME.........: 171
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1414
TOTAL GCT EARNED................: 810
STATUTORY RELEASE DATE PROJECTED: 08-06-2027
TWO THIRDS DATE.................: 09-27-2022
EXPIRATION FULL TERM DATE.......: 06-20-2031
TIME SERVED.....................:    15 YEARS       2 MONTHS       1 DAYS
PERCENTAGE OF FULL TERM SERVED..:  57.9
PERCENT OF STATUTORY TERM SERVED:  67.9

PROJECTED SATISFACTION DATE.....: 08-06-2027
PROJECTED SATISFACTION METHOD...: GCT REL




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```