

## MACEY LAW

July 28, 2020

Honorable Edward R. Korman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE: United States v. Serge Edouard**
**Criminal Docket No. 05-0400 (ERK)**
**Defendant's Request for Compassionate Release**

Dear Judge Korman:

    This letter is to inform you that Mr. Edouard's recent request for compassionate release is moot.

    Assuming that the representations made by Probation Office Mark Gjelaj's in his email of June 12, 2020 is correct, the motion is moot. However, at present, Mr. Edouard's BOP release date remains unchanged; it still reflects a release date in 2027 seemingly based upon a commencement date in 2010. However, we remain confident that Probation Office Mark Gjelaj was correct and that we are simply awaiting the BOP website to update, thereby rendering the issue of compassionate release as moot.

    Please do not hesitate to contact me should you require any additional information or clarification on this matter.

Respectfully Submitted,

By: /s/ David W. Macey
David W. Macey, Esq.
Florida Bar No. 185612
135 San Lorenzo Ave, Suite 830
Coral Gables, FL 33146
Telephone: (305) 860-2562
dm@davidmacey.com