7/8/2020

(1)

Honorable Edward R. Korman
United States District Judge
Eastern District of N.Y
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States V. Serge Edouard
Criminal Docket No. 05-400 (ERK)

Dear Judge Korman,

I Foward My Computation As Evidence To Show Exactly What I'Am Crying About. Yes The BOP Did Started My Miami Sentence From April 12. 2005. The N.Y Sentence Is Started In 2010 Thats Why The BOP Begin To Calculated From 26 Years 2 Months And 9 Days.
When I Wasn't Sentenced To 26 Years Neither in Miami or New-York. Look My Expiration Full Time date. 06-20-2031. 2005 + 22 Sentence = 2027 Not 2031 My Out Date Now Is 08-6-2027. Where Is My 15% Good Time. The Numbers Cannot Lie. I Am Pleading For Your Mercy In This Situation.

"Follow"

Over these fifteen being incarcerated. I have made every effort in study Theology from outside college being a model in every prison that I have been preaching and giving Bible class to others inmates in the chapel. "This could be confirm". I change my life for the better, and I have a zeal to do the same back in my community "Haiti"

I pray for your mercy in helping fix this matter. In here are a few Diplomas of my effort. I was refuse to let these years went to waste.

SERGE Edouard
58048-004

North Lake CI
1805 West 32nd Street
Baldwing MI 49304

```
   NLKCF   540*23  *          SENTENCE MONITORING         *    07-08-2020
   PAGE 003        *            COMPUTATION DATA          *    10:34:17
                                 AS OF 07-08-2020

   REGNO..: 58048-004 NAME: EDOUARD, SERGE


   DATE COMPUTATION BEGAN..........: 09-30-2005
   AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
   TOTAL TERM IN EFFECT............:      26 YEARS      2 MONTHS       9 DAYS
   TOTAL TERM IN EFFECT CONVERTED..:      26 YEARS      2 MONTHS       9 DAYS
   AGGREGATED TERM OF SUPERVISION..:      10 YEARS
   EARLIEST DATE OF OFFENSE........: 10-25-2000

   JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                       04-12-2005    09-29-2005

   TOTAL PRIOR CREDIT TIME.........: 171
   TOTAL INOPERATIVE TIME..........: 0
   TOTAL GCT EARNED AND PROJECTED..: 1414
   TOTAL GCT EARNED................: 810
   STATUTORY RELEASE DATE PROJECTED: 08-06-2027
   TWO THIRDS DATE.................: 09-27-2022
   EXPIRATION FULL TERM DATE.......: 06-20-2031
   TIME SERVED.....................:      15 YEARS      2 MONTHS      27 DAYS
   PERCENTAGE OF FULL TERM SERVED..:  58.1
   PERCENT OF STATUTORY TERM SERVED:  68.2

   PROJECTED SATISFACTION DATE.....: 08-06-2027
   PROJECTED SATISFACTION METHOD...: GCT REL

   REMARKS.......: 06-04-2010 DSCC ASSUMED COMP ONLY/ 5-16-11 UPDATED NEW J&C OUT
                   OF FNYE L/PJ.03-01-2018 RCVD AJC VIA EDES REDUCING TIE FRM
                   LIFE TO 240M,VERIFIED VIA PACER L/KMT.03-7-18 UPDTD TIE DUE TO
                   CONCURRENT OVERLAP L/KMT. 4-7-20 FSA GCT UPDT L/KDS.




   G0002        MORE PAGES TO FOLLOW . . .
```

```
    NLKCF   540*23 *             SENTENCE MONITORING            *    07-08-2020
    PAGE 001         *             COMPUTATION DATA             *    10:34:17
                                   AS OF 07-08-2020


    REGNO..: 58048-004 NAME: EDOUARD, SERGE


    FBI NO...........: 76742TA6              DATE OF BIRTH: 07-14-1962  AGE:  57
    ARS1.............: NLK/A-DES
    UNIT.............: UNIT C                QUARTERS.....: C01-116L
    DETAINERS........: YES                   NOTIFICATIONS: NO

    HOME DETENTION ELIGIBILITY DATE: 02-06-2027

    THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
    THE INMATE IS PROJECTED FOR RELEASE:  08-06-2027 VIA GCT REL


    ---------------------CURRENT JUDGMENT/WARRANT NO: 020 -------------------------

    COURT OF JURISDICTION...........: FLORIDA, SOUTHERN DISTRICT
    DOCKET NUMBER...................: 1:05CR20355-001-MOOR
    JUDGE...........................: MOORE
    DATE SENTENCED/PROBATION IMPOSED: 09-30-2005
    DATE COMMITTED..................: 11-15-2005
    HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
    PROBATION IMPOSED...............: NO

                    FELONY ASSESS  MISDMNR ASSESS   FINES           COSTS
    NON-COMMITTED.: $1,100.00      $00.00           $00.00          $00.00

    RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

     REMARKS.......: CASE #1:05CR20355-001-MOORE

    -------------------------CURRENT OBLIGATION NO: 010 ---------------------------
    OFFENSE CODE....:   399     21:963 ATTEMPT & CONSPIRACY
    OFF/CHG: 21:963 CONSPIRACY TO IMPORT 5KG OR MORE OF COC(CT1)
             18:1956(H) CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS(CT2)
             18:1957 ENGAGING IN MONETARY TRANSACTIONS IN PROPERTY DERIVED
             FROM AN UNLAWFUL ACTIVITY(CT3-11)

     SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
     SENTENCE IMPOSED/TIME TO SERVE.: LIFE
     TERM OF SUPERVISION............:     10 YEARS
     NEW SENTENCE IMPOSED...........:    240 MONTHS
     BASIS FOR CHANGE...............: COURT ORDER MODIFYING SENTENCE
     DATE OF OFFENSE................: 07-31-2004




    G0002       MORE PAGES TO FOLLOW . . .
```

```
NLKCF   540*23  *           SENTENCE MONITORING         *    07-08-2020
PAGE 002         *           COMPUTATION DATA            *    10:34:17
                              AS OF 07-08-2020
```

REGNO..: 58048-004 NAME: EDOUARD, SERGE


------------------------CURRENT JUDGMENT/WARRANT NO: 030 ------------------------

COURT OF JURISDICTION...........: NEW YORK, EASTERN DISTRICT
DOCKET NUMBER...................: 05-CR-400-01 (SLT)
JUDGE...........................: TOWNES
DATE SENTENCED/PROBATION IMPOSED: 02-09-2010
DATE COMMITTED..................: 04-01-2010
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

```
               FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.: $100.00        $00.00           $00.00       $00.00
```

RESTITUTION...: PROPERTY: NO  SERVICES: NO        AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  399    21:963 ATTEMPT & CONSPIRACY
OFF/CHG: 21:963 CONSP. TO IMPORT 5KG OR MORE OF COCAINE (CT1)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   262 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CC/J/020
 DATE OF OFFENSE................: 10-25-2000

------------------------CURRENT COMPUTATION NO: 020 ------------------------

COMPUTATION 020 WAS LAST UPDATED ON 04-07-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-07-2018 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010, 030 010




G0002        MORE PAGES TO FOLLOW . . .



| **Individualized Reentry Plan - Program Review  (Inmate Copy)** | | SEQUENCE: 00750613 |
|---|---|---|
| Dept. of Justice / Federal Bureau of Prisons | | Team Date: 04-02-2020 |
| Plan is for inmate: EDOUARD, SERGE  58048-004 | | |

| | | | | |
|---|---|---|---|---|
| Facility: | NLK  NORTH LAKE CI | | Proj. Rel. Date: | 02-04-2028 |
| Name: | EDOUARD, SERGE | | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 58048-004 | | DNA Status: | LEW02514 / 05-31-2011 |
| Age: | 57 | | | |
| Date of Birth: | 07-14-1962 | | | |

### Detainers

| Detaining Agency | | Remarks | |
|---|---|---|---|
| POSSIBLE DEPORTATION OF NON US CITIZEN | | A 41 584 451 | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| NLK | A&O PEND | ADMISSION & ORIENTATION PENDIN | 03-24-2020 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| NLK | ESL HAS | ENGLISH PROFICIENT | 11-30-2005 |
| NLK | GED HAS | COMPLETED GED OR HS DIPLOMA | 11-30-2005 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| YAZ | C | RPP3 HOME OWNERSHIP LOW | 12-15-2019 | 01-20-2020 |
| YAZ | C | GERMAN-LOW | 10-18-2019 | 12-20-2019 |
| YAZ | C | CHRISTIAN LEADERSHIP | 08-02-2019 | 08-30-2019 |
| YAZ | C | RPP2 JOB SEARCH LOW | 04-28-2019 | 05-31-2019 |
| YAZ | C | AFRICAN AMERICAN HISTORY | 02-18-2019 | 04-26-2019 |
| YAZ | C | BUSINESS FINANCE-LOW | 10-20-2018 | 01-20-2019 |
| LEW | C | SPINNING | 12-04-2016 | 01-23-2017 |
| LEW | C | INDEPEND.COLLEGE | 06-14-2014 | 01-16-2016 |
| LEW | C | LEGAL WRITING | 07-18-2016 | 09-26-2016 |
| LEW | C | PARENTING WITH DIGNITY | 01-19-2016 | 05-10-2016 |
| LEW | C | SPINNING | 02-27-2016 | 04-12-2016 |
| LEW | C | ACE STOCK INVEST CLASS - RPP3 | 01-19-2016 | 03-29-2016 |
| LEW | C | TUTOR USP | 03-14-2016 | 03-15-2016 |
| LEW | C | ELL SELF-STUDY | 10-16-2015 | 01-08-2016 |
| LEW | C | REAL ESTATE INVESTING | 10-13-2015 | 12-31-2015 |
| LEW | C | RPP1 CPR INSTRUCTION | 11-18-2015 | 11-18-2015 |
| LEW | C | ELECTRONIC LAW LIBRARY/ACE2015 | 07-06-2015 | 09-15-2015 |
| LEW | C | INDEPEND.COLLEGE | 10-01-2013 | 01-03-2015 |
| LEW | C | SPINNING CLASS 2015 | 11-11-2014 | 12-30-2014 |
| LEW | C | CHILDREN'S DAY/PARENTING 2014 | 08-09-2014 | 08-10-2014 |
| LEW | C | INDEPEND.COLLEGE | 06-19-2012 | 02-24-2014 |
| LEW | C | US PROBATION/PAROLE | 01-16-2014 | 01-16-2014 |
| LEW | C | VETERANS ADMINSTRATION | 01-16-2014 | 01-16-2014 |
| LEW | C | RELEASE PREP-HALFWAY HOUSE | 01-16-2014 | 01-16-2014 |
| LEW | C | RELEASE PREP-SALVATION ARMY | 01-16-2014 | 01-16-2014 |
| LEW | C | SOCIAL SERVICE AGENCY | 01-16-2014 | 01-16-2014 |
| LEW | C | JOB FAIR INFORMATION XXII | 01-16-2014 | 01-16-2014 |
| LEW | C | PARENTING 3 CLASS 2014 | 11-05-2013 | 01-14-2014 |
| LEW | C | INDEPEND.COLLEGE | 09-09-2011 | 01-09-2014 |
| LEW | C | PARENTING 2 CLASS 2013 | 07-23-2013 | 09-24-2013 |
| LEW | C | PARENTING 1 CLASS 2013 | 05-14-2013 | 07-16-2013 |
| LEW | C | SPINNING CLASS 2013 | 12-27-2012 | 02-21-2013 |
| LEW | C | INDEPEND.COLLEGE | 12-13-2011 | 06-06-2012 |
| LEW | C | CIRCUIT AB CLASS 2012 | 12-06-2011 | 01-26-2012 |
| LEW | C | SPINNING CLASS 2012 | 12-06-2011 | 01-26-2012 |
| ALP | C | ACE WW II GERMANY | 10-04-2010 | 12-23-2010 |
| ALP | C | ACE HISTORY OF RUSSIA | 04-21-2010 | 09-10-2010 |

# Certificate of Completion

This certifies that

## Edouard Serge

Has successfully completed The Adult Continuation Education Course Work at FCC Yazoo City, Mississippi, for

## French/German

_____
T. Brown, ACE Coordinator

01/31/2020
Date

# Certificate of Completion

This certifies that

## Serge Edouard

Has successfully completed The Release Preparation Course Work at FCC Yazoo City, Mississippi, for

## African American History

_____
T. Brown, ACE Coordinator

04-26-2019
Date

# CERTIFICATE OF COMPLETION

THIS CERTIFIES THAT

## SERGE EDOUARD

has successfully completed the Release Preparation Course Work at FCC Yazoo City, Mississippi, for

## NON PROFIT

Bus Fin

February 16, 2019

_J. Best_

J. Best/ ACE Coordinator



# CERTIFICATE OF COMPLETION

THIS CERTIFIES THAT

## SERGE EDOUARD

has successfully completed the Release Preparation Course Work at FCC Yazoo City, Mississippi, for

## JOB SEARCH

June 10, 2019

F. Page / RPP Instructor

# Global University

This is to certify that

## Serge Edouard

has satisfactorily completed the prescribed program of study for

### Level One

of the Berean School of the Bible
Ministerial Studies program

and is therefore awarded this certificate
on this 9th day of January, 2014.

_Gary Leeuwes Jr._
President

_Lynne Hush_
Registrar



# The Foundation Institute
## For Biblical Studies

Be it known that

## Serge Edouard

having completed the necessary course of study and having satisfied all other requirements is hereby awarded the

## Bachelor of Biblical Studies

degree with all the honors and privileges pertaining therein. In testimony whereof the signatures of the Dean and the President have been affixed this day.

March 12, 2015

Dr. David Helmic Sr., President

Bro. Tony Moore, Dean

# Vision International College and Seminary USA



Upon Recommendation of the Faculty
Has conferred on

## Serge Edouard

The degree of

## Associate of Ministry

With all rights, responsibilities, and privileges pertaining thereto.

Given at Zachary, Louisiana, January 14, 2015.
A College of Lighthouse International University

*President*

*Academic Dean*



# Certificate of Achievement

This certificate is awarded to

Serge Edouard

Congratulations! You have completed

## ServSafe® Food Handler Training

Instructor: Younger, Zachery          Date: 8-8-2016

Organization: _____          Location: Lewisburg

National Restaurant Association
175 W. Jackson Blvd. Ste. 1500
Chicago, IL 60604-2814
800.765.2122 in Chicago area 312.715.1010
Restaurant.org | ServSafe.com

# International School of Ministry

THIS DOCUMENT CERTIFIES THAT

Serge Edouard

HAS FULFILLED THE REQUIREMENTS OF AN

## Advanced Diploma of Biblical Studies

USING THE

*International Curriculum*

ON THIS 14 DAY OF JANUARY, 2015



_____
REGIONAL CENTER DIRECTOR

_____
SCHOOL DIRECTOR

_____
INTERNATIONAL PRESIDENT

_____
ACADEMIC DEAN





Upon Recommendation of the Faculty
Has conferred on

## Serge Edouard

The Degree of

## Bachelor of Ministry

With all rights, responsibilities, and privileges pertaining thereto.

Given at Zachary, Louisiana, January 14, 2016.
A College of Lighthouse International University

_Tal Klaus_
Academic Dean

_[signature]_
President

